NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JORDAN W. TERNES,                          )
                                           )
            Appellant,                     )
                                           )
v.                                         )
                                           )          Case No.  2D17-4531
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
                                           )
_____)

Opinion filed September 13, 2019.

Appeal from the Circuit Court for
Hillsborough County; Mark D. Kiser,
Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.  See Alford v. State, 44 Fla. L. Weekly D1889 (Fla. 2d DCA July
24, 2019).


SLEET, SALARIO, and ATKINSON, JJ., Concur